IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIKES AUTO REPAIR & SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GERMAN TOWNSHIP, <br><br> Defendant. | 2:22-CV-00392-CCW-MPK |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 21, 2022, the Magistrate Judge issued a Report, ECF No. 13, recommending that Defendant German Township's Motion to Dismiss, ECF No. 4, be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and German Township has filed Objections. *See* ECF No. 16.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

German Township's Motion to Dismiss, ECF No. 4, is DENIED; and the R&R, ECF No. 13, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 11th day of October, 2022.

BY THE COURT:

<u>/s/ Christy Criswell Wiegand</u>
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record